**No. 45941.**—Protests 987442–G, etc., of Butler Bros. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45942.**—Protests 950074–G, etc., of Brown & Kruger et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45943.**—Protests 877036–G, etc., of Abraham & Straus, Inc., et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45944.**—Protests 946542–G, etc., of Pekin Bazaar Co. et al. (San Francisco, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45945.**—Protests 766306–G, etc., of E. Dillingham, Inc., et al. (Ogdensburg, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 26, 1941

**No. 45946.**—Protests 950446–G, etc., of R. H. Macy & Co., Inc., et al. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MAY 27, 1941

**No. 45947.**—Protest 55809–K of Sun Kwong On Co. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise in question is of the same character as that passed upon in Abstract 42516.   The claim at 20 percent under paragraph 1558 was therefore sustained.